U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 30 2013

TONY R. MOORE, CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| JOHN L. MAYS, JR. | * | CIVIL ACTION NO. 12-3127 |
| VERSUS | * | JUDGE ELIZABETH E. FOOTE |
| LABOR FINDERS | * | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's complaint, be, and is hereby **DISMISSED, with prejudice**. Fed.R.Civ.P. 41(b).

THUS DONE AND SIGNED in Chambers, at Shreveport, Louisiana, this _____ day of __MAY__ 2013.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE